IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UBICOMM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GNC HOLDINGS, INC.,<br><br>    Defendant. | Civil Case No. _____<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff UbiComm, LLC declares that it has no parent corporation and no publicly traded corporation currently owning 10% or more of its stock.


DATED:  May 17, 2013           STAMOULIS & WEINBLATT LLC


                               */s/ Stamatios Stamoulis*
                               Stamatios Stamoulis #4606
                                    stamoulis@swdelaw.com
                               Richard C. Weinblatt #5080
                                    weinblatt@swdelaw.com
                               Two Fox Point Centre
                               6 Denny Road, Suite 307
                               Wilmington, DE 19809
                               Telephone: (302) 999-1540

                               ATTORNEYS FOR PLAINTIFF
                               UbiComm, LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 17th day of May, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

>                                 */s/ Stamatios Stamoulis*
>                                 Stamatios Stamoulis #4606